UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TERRY A. BURLISON,

    Plaintiff,

-vs-               Case No. 5:07-cv-302-Oc-10GRJ

KAREN J. ROGERS, individually and as a
Marion County Court Clerk, MARION
COUNTY FLORIDA,

    Defendants.
_____

**O R D E R**

On July 30, 2007, the Plaintiff, proceeding *pro se*, filed a Complaint against the Defendants under 42 U.S.C. § 1983 seeking damages in the amount of $3,500,000. (Doc. 1). The Plaintiff bases his claims on an alleged violation of his Fourteenth Amendment Due Process Rights stemming from a suspension of his driver's license as a consequence of his county court conviction for a traffic violation.

On November 27, 2007, the United States Magistrate Judge issued a Report, (Doc. 9), recommending that the *pro se* Plaintiff's Motion to Proceed *In Forma Pauperis*, (Doc. 2), should be denied and that his Complaint should be dismissed. The Magistrate Judge based his well-reasoned conclusions on the fact that the suspension of a state driver's license does not implicate any substantive due process rights, and on the fact that the Plaintiff has not alleged any violation of his procedural due process rights.

The *pro se* Plaintiff has submitted objections to the report, (Doc. 10), in which he merely states that "as a matter of law this court must conclude that the suspension of [the Plaintiff's] driving privilege was improper because the evidence shows that the state concluded that the suspension was unlawful." In support, the Plaintiff references the Nolle Prosequi document signed by the state attorney dismissing the charges against the Plaintiff. However, this document does not, in any way, establish that the Plaintiff's suspension was unlawful. More importantly, this document and the Plaintiff's objections do not explain how the Plaintiff's substantive or procedural due process rights were violated.

Accordingly, upon due consideration and an independent review of the case record, it is hereby ORDERED and ADJUDGED as follows:

(1)   The United States Magistrate Judge's Report and Recommendation, (Doc. 9), is adopted, confirmed, and made a part hereof;

(2)   The Plaintiff's Objections, (Doc. 10), are OVERRULED;

(3)   The *pro se* Plaintiff's Motion to Proceed *In Forma Pauperis*, (Doc. 2), is DENIED; and

(4)   The Plaintiff's Complaint, (Doc. 1), is DISMISSED, and the Clerk is directed to terminate any pending motions and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 28th day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Terry A. Burlison, *pro se*